No. 94.  INTER-ISLAND STEAM NAVIGATION Co. *v*. HAWAII.  October 10, 1938.  Petition for writ or certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.  *Mr. J. Garner Anthony* for petitioner.  *Mr.*

*Julius Russell Cades* and *Urban Earl Wied* for respondent.